# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL TORRES-BELTRAN,<br><br>                Petitioner,<br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | CASE NO. 08CV0370-LAB<br>[Related Case 06cr2355-LAB]<br><br>**ORDER TO PROVIDE TRANSCRIPTS** |

On February 25, 2008, Petitioner filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct her sentence imposed following her guilty plea to one count of importation of methamphetamine. **IT IS HEREBY ORDERED** Respondent the United States of America shall procure and provide to the court transcripts of the change of plea hearing and of the sentencing hearing in the underlying criminal case as soon as those transcripts can be obtained from the court reporter(s), but no later than *March 24, 2008.* The parties shall then await further order of the court. The Clerk of Court shall forthwith serve a copy of this Order on the United States Attorney's Office, Southern District of California.

**IT IS SO ORDERED**.

DATED: February 29, 2008

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

08CV0370